FILED *HHN*

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

APR - 7 2008
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Michael Williams
Plaintiff

v.

Jerry ~~[illegible]~~ McQuire    Mark Boozer
Defendant(s)

08CV1962
JUDGE GUZMAN
MAG. JUDGE ASHMAN

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Michael Williams__, declare that I am the ☒plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　　☒Yes　　□No　(If "No," go to Question 2)
   I.D. # __N-33861__　Name of prison or jail: __Pinckneyville Correctional Center__
   Do you receive any payment from the institution? ☒Yes □No　Monthly amount: _____

2. Are you currently employed?　　□Yes　　☒No
   Monthly salary or wages: __∅__
   Name and address of employer: __DNA__

   a. If the answer is "No":
      Date of last employment: __DNA__
      Monthly salary or wages: __∅__
      Name and address of last employer: __Self Employed__

   b. Are you married?　　□Yes　　☒No
      Spouse's monthly salary or wages: __DNA__
      Name and address of employer: __DNA__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages　　　　　　　　　　　　　　　　　　　　□Yes　　☒No
      Amount __∅__　　Received by __DNA__

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
Amount ___0___ Received by ___DNA___

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☒No
Amount ___0___ Received by ___DNA___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes   ☒No
Amount ___0___ Received by ___DNA___

e. ☐ Gifts or ☐ inheritances   ☐Yes   ☒No
Amount ___0___ Received by ___DNA___

f. ☐Any other sources (state source: _____ )   ☐Yes   ☒No
Amount ___0___ Received by ___DNA___

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount: ___0___
In whose name held: ___DNA___   Relationship to you: ___DNA___

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property: ___NONE___   Current Value: ___0___
In whose name held: ___DNA___   Relationship to you: ___DNA___

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property: ___DNA___
Type of property: ___DNA___   Current value: ___0___
In whose name held: ___DNA___   Relationship to you: ___DNA___
Amount of monthly mortgage or loan payments: ___0___
Name of person making payments: ___DNA___

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes   ☒No
Property: ___NONE___
Current value: ___0___
In whose name held: ___DNA___   Relationship to you: ___DNA___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
___NONE___

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3-28-08

Michael Williams
Signature of Applicant

Michael Williams
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Williams, I.D.# N33861, has the sum of $ 51.73 on account to his/her credit at (name of institution) Pinckneyville C.C. I further certify that the applicant has the following securities to his/her credit: 51.73. I further certify that during the past six months the applicant's average monthly deposit was $ 23.78.
(Add all deposits from all sources and then divide by number of months).

03.20.08
DATE

SIGNATURE OF AUTHORIZED OFFICER

Lisa Flowers - Business Administrator
(Print name)

rev. 7/18/02

-3-