**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW**:

□    **TOO VOLUMINOUS**

□    **QUALITY NOT LEGIBLE**

□    **FONT TOO SMALL**

□    **PHOTOGRAPHS**

□    **OTHER:** _____

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE**

**CLERK'S OFFICE.   THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M.**

**MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS.   TO OBTAIN A**

**COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT**

**312-435-5699.**