

**MICHAEL W. DOBBINS**
CLERK

### UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

April 15, 2008

**United States District Court**
**Southern District of Illinois**
104 Melvin Price Federal Bldg and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: Williams vs. Boozer et al.
Case: 08cv1962

Enclosed is a certified copy of the transfer order and docket sheet for Williams vs. Boozer et al. 08cv1962, which is being transferred to your court pursuant to an order entered on 4/14/08 by the Honorable Judge John W. Darrah.

Please note, the electronic record was electronically transmitted to your court on 4/15/08. As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Greg Young
 /s/Greg Young
Deputy Clerk

Enclosures
New Case No. _____     Date _____