



08CV1962